# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0593

VERSUS

JAMES HILL

**AUGUST 12, 2022**

---

In Re:    James Hill, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1603118.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the motion to reconsider sentence, the district court ruling, the September 30, 2021 sentencing transcript or minutes, the transcript of the April 27, 2022 hearing, the bill of information, the uniform commitment order, other pertinent district court minutes, and any other portion of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT